**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TELECOMM INNOVATIONS, LLC,        ) | |
| )| |
| Plaintiff,        ) | |
| ) | C.A. No. 12-1326-SLR |
| v.        ) | |
| ) | |
| BEST DATA PRODUCTS, INC. and        ) | |
| DIAMOND MULTIMEDIA, INC.,        ) | |
| ) | |
| Defendants.        ) | |

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that all claims between plaintiff Telecomm Innovations, LLC and defendants Best Data Products, Inc. and Diamond Multimedia, Inc. in the above action are hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorney's fees.

| STAMOULIS & WEINBLATT LLC | ASHBY & GEDDES |
|---|---|
| /s/ *Richard C. Weinblatt* | /s/ *John G. Day* |
| Stamatios Stamoulis (#4606) | John G. Day (#2403) |
| Richard C. Weinblatt (#5080) | Tiffany Geyer Lydon (#3950) |
| Two Fox Point Centre | Lauren E. Maguire (#4261) |
| 6 Denny Road, Suite 307 | 500 Delaware Avenue, 8th Floor |
| Wilmington, DE 19809 | P.O. Box 1150 |
| (302) 999-1540 | Wilmington, DE 19801 |
| stamoulis@swdelaw.com | (302) 654-1888 |
| weinblatt@swdelaw.com | jday@ashby-geddes.com |
| | tlydon@ashby-geddes.com |
| *Attorneys for Plaintiff* | lmaguire@ashby-geddes.com |
| | *Attorneys for Defendants.* |

IT IS SO ORDERED this _____ day of _____, 2013.

_____
United States District Judge

{00734416;v1}